LODGED
JAN 3 2007
10:10 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

ORIGINAL

THE LAW OFFICE OF WILLIAM M. DOMINGO

WILLIAM M. DOMINGO #3944
ATTORNEY AT LAW

568 HALEKAUWILA STREET, 2ND FLOOR
HONOLULU, HAWAI'I 96813
PHONE: (808) 521-4323
FACSIMILE: (808) 545-2628
EMAIL: wmdomingo@yahoo.com
Attorney for Defendant
CARLOS ALBERTO GARCIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 2007

at 4 o'clock and 20 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00046JMS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING SELF SURRENDER |
| vs. | ) DATE |
| CARLOS ALBERTO GARCIA, | ) |
| Defendant. | ) |

**STIPULATION AND ORDER**
**CONTINUING SELF SURRENDER DATE**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the defendant, CARLOS ALBERTO GARCIA'S self surrender

date currently scheduled for January 4, 2007, shall be continued to June 12, 2007. The continuance is needed to allow the defendant to undergo further medical treatment.

        IT IS SO STIPULATED:

        DATED: Honolulu, Hawaii, January 2, 2007.

        /s/ William M. Domingo
        WILLIAM M. DOMINGO
        Attorney for Defendant
        CARLOS ALBERTO GARCIA

        /s/ Beverly Wee Sameshima
        BEVERLY WEE SAMESHIMA
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

        DATED: Honolulu, Hawaii, 1/3/07.

        /s/ J. Michael Seabright
        THE HONORABLE J. MICHAEL SEABRIGHT
        United States District Judge
        District of Hawaii

UNITED STATES v. CARLOS ALBERTO GARCIA
CR. NO. 05-00046JMS
STIPULATION AND ORDER CONTINUING SELF SURRENDER DATE