AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 05-00046 SOM |
| CARLOS ALBERTO GARCIA  (02) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST CARLOS ALBERTO GARCIA  (02) and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

| | |
|---|---|
| Conspiracy to distribute and possess with intent to distribute methamphetamine, Schedule II | CT 1 |
| Possess with intent to distribute methamphetamine, Schedule II | CT 2 |

**SEALED BY ORDER OF THE COURT**

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1) and 841(b)(1)(A) and 841(a)(1) and 841(b)(1)(A).

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | January 26, 2005 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Kevin SC Chang, United States Magistrate Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest  3/10/05 | for C/CRT | *[signature]* |